2004R00782

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
NOV 16 2004
Betty A. Griess, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 04 CR 213 B |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2251(a) and (e) |
| | ) | (Attempted Sexual Exploitation of a Child) |
| v. | ) | |
| | ) | 04-97 |
| BILLY CUNNINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about and between the dates of September 28, 2004, and October 20, 2004, in the District of Wyoming, the Defendant, **BILLY CUNNINGHAM**, attempted to persuade, induce, and entice a minor, namely one "kaylac93," to engage in sexually explicit conduct, as defined by 18 U.S.C. § 2256(2)(B)(iii), for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction, if created, would have been produced using materials that had been transported in interstate commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

A TRUE BILL:

_____
FOREPERSON

_____
MATTHEW H. MEAD
United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

V.

BILLY CUNNINGHAM

**WARRANT FOR ARREST**

CASE NUMBER: 04CR213-1B

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BILLY CUNNINGHAM** and bring him or her forthwith to the nearest magistrate to answer **Indictment** charging him or her with **Attempted sexual exploitation of a child** in violation of **18:2251(a) and (e)**.

Betty A. Griess
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

Signature of Issuing Officer

*[signature]*
By Deputy Clerk

November 17, 2004, Cheyenne, WY
Date and Location

Bail fixed at $ Detain without bond

By: Clarence A. Brimmer
U.S. District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | 11/23/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 12/9/04 | Edward Salvas - Special Agt | *[signature]* |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Magistrate Judge Case No. |
| BILLY CUNNINGHAM | ) |

## AFFIDAVIT

I, Edward Salvas, Special Agent with the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, do hereby make oath before Lawrence P. Cohen, United States Magistrate Judge for the District of Massachusetts, that in my official capacity I was advised of the existence of a warrant for the arrest of BILLY CUNNINGHAM. Said warrant was issued on November 17, 2004 in the District of Wyoming for violations of 18 U.S.C. § 2251(a) and (e) (Attempted Sexual Exploitation of Children). I do hereby make oath that on December 9, 2004 I executed said warrant by arresting BILLY CUNNINGHAM in the District of Massachusetts and that the above-referenced complaint remains outstanding in the District of Wyoming.

EDWARD SALVAS
Department of Homeland Security
Immigration and Customs Enforcement

Subscribed and sworn to before me this 9th day of December, 2004.

LAWRENCE P. COHEN
U.S. Magistrate Judge
District of Massachusetts