UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate Docket No.
04-M00097-LPC

UNITED STATES OF AMERICA

v.

BILLY CUNNINGHAM

ORDER OF DETENTION

January 10, 2005

COHEN, M.J.

After hearing, the defendant having consented to an order of detention without prejudice to reconsideration in the District of Wyoming -

IT IS ORDERED that the defendant be DETAINED pending further hearings in the District of Wyoming, and it is further Ordered--

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the

government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

_____
UNITED STATES MAGISTRATE JUDGE