AO 94 (Revised 12/03)

# COMMITMENT TO ANOTHER DISTRICT
(Rule 5(c), Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT  District of Massachusetts |
|---|---|
| UNITED STATES OF AMERICA  V.  BILLY CUNNINGHAM | DOCKET NO.  District of Arrest  District of Offense    04 CR 213B  MAGISTRATE JUDGE CASE NO.  District of Arrest    04-M00097-LPC  District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ indictment   ☐ information   ☐ complaint   ☐ Other (specify)

charging a violation of    18    U.S.C. §   2251(a) and (e)

| DISTRICT OF OFFENSE  District of Wyoming | DATE OF OFFENSE  September 28, 2004 |
|---|---|

**DESCRIPTION OF CHARGES:**
attempting to induce a minor to engage in sexually explicit conduct

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☒ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language: _____

MASSACHUSETTS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 10, 2005
**Date**

_[signature]_
**United States Judge or Magistrate Judge**

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

*** See Comments on Reverse Side of this Form AO 94

**COMMENTS**

On the occasion of his first appearance before this court, the government moved for detention on the grounds of danger to the community and risk of flight.  The defendant consented to an order of removal, and requested that the detention hearing be held in the District of Wyoming.