UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Criminal No.   **MJ 04-97-LPC**

Title:   **USA   v.   BILLY CUNNINGHAM**

**N O T I C E**

Please take notice that the above-entitled case previously assigned to **United States District Court, District of Massachusetts, Magistrate Judge Lawrence P. Cohen** has been transferred to the **United States District Court District of Wyoming** for all further proceedings.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Maria Simeone
Courtroom Deputy
The Honorable Lawrence P. Cohen

Date: January 10, 2005